# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2821
Lower Tribunal Nos. 09-1717-F, 10-869-F, 10-1048-F

_____

KATRINA WADE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.


Katrina Wade, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED